UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:                                         Chapter 11

FELIX AVENUE NY 194 LLC              CASE NO.:

Debtor.

-----------------------------------------------------------------X

## VERIFICATION OF CREDITOR MARTIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: July 20, 2020

_____
Yonel Devico
Manager

1

2

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1
425 Walnut Street
Cincinnati, Ohio 45 202

Wilmington PT Corporation
1688 Meridian Avenue, 7th Floor
Miami Beach, Florida 33 139

2